IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/                  PLAINTIFF
G-DOFFEE, ADC #108778

v.                  5:13-cv-291-DPM-JJV

RICHARD CLERK, Sgt., ADC Maximum
Security Unit; RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit;
LEKENYA JACKSON, Corporal, ADC
Maximum Security Unit; CHAMBERS,
Corporal, ADC Maximum Security Unit;
BUTTLER, Correctional Officer, ADC Maximum
Security Unit; ENGSTROM, Doctor, Classification
Board Member; BILLY STRAUGHN, Warden,
Maximum Security Unit; M. WILLIAMS, Major,
ADC Maximum Security Unit; GOOLEY, Mail Room
Supervisor, ADC Maximum Security Unit; JUSTINE
MINOR, Disciplinary Hearing Officer, ADC Central
Office; EDDIE TURNER, Sgt., ADC Maximum Security
Unit; ANTHONY JACKSON, Captain, ADC Maximum
Security Unit; CONNIE L. JENKINS, Classification Board
Member; HILLARD, Correctional Officer, Maximum
Security Unit; and HAMILTON, Nurse             DEFENDANTS

ORDER

Unopposed recommendation, № 82, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Hamilton's Motion to Dismiss, № 76, is granted in part and denied in part. Hamilton is dismissed without prejudice from this action. Hamilton's request for costs and attorney's fees is denied.

An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2014