IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/                         PLAINTIFF
G-DOFFEE, ADC #108778

v.                     No. 5:13-cv-291-DPM-JJV

RICHARD CLERK, Sgt., ADC Maximum
Security Unit; RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit;
LEKENYA JACKSON, Corporal, ADC
Maximum Security Unit; CHAMBERS,
Corporal, ADC Maximum Security Unit;
BUTTLER, Correctional Officer, ADC Maximum
Security Unit; ENGSTROM, Doctor, Classification
Board Member; BILLY STRAUGHN, Warden,
Maximum Security Unit; M. WILLIAMS, Major,
ADC Maximum Security Unit; GOOLEY, Mail Room
Supervisor, ADC Maximum Security Unit; JUSTINE
MINOR, Disciplinary Hearing Officer, ADC Central
Office; EDDIE TURNER, Sgt., ADC Maximum Security
Unit; ANTHONY JACKSON, Captain, ADC Maximum
Security Unit; CONNIE L. JENKINS, Classification
Board Member; and HILLARD, Correctional Officer,
Maximum Security Unit                                DEFENDANTS

ORDER

The Court sees no legal error or abuse of discretion in Magistrate Judge Volpe's rulings about the motion schedule or about postponing whether a pre-jury hearing is needed or not. FED. R. CIV. P. 72(a). Maxwell/G-Doffee's appeal, № 86, fails; the challenged Orders, № 79 & 85, are affirmed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 October 2014