IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                                                    PLAINTIFF

v.                                    No. 5:13-cv-291-DPM-JJV

RICHARD CLARK,* Sgt., ADC Maximum
Security Unit, and RODERICK COOKSEY, JR.,
Corporal, ADC Maximum Security Unit                              DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts the recommendation, № 138, and overrules G-Doffee's objections, № 141 & 142. FED. R. CIV. P. 72(b)(3). The parties' motions for summary judgment and partial summary judgment, № 123 & 126, are denied.

2. The Court refers this case back to Magistrate Judge Volpe to appoint a lawyer for G-Doffee and handle any other preliminary issue that arises in the next few months. This case is first-out for a jury trial on 6 September 2016. № 120. The case will be three years old then and needs to be resolved. Whoever is appointed must be available to try this case on September 6th.

---

*The Court directs the Clerk to correct the spelling of Defendant Clark's last name on the docket. № 113 at 12.

3. These are the issues for trial:

- Excessive force;

- Failure to protect; and

- Retaliatory verbal threats.

Each of these claims arises from the alleged incident on 22 April 2013.

4. The Court will hold a pretrial conference at 1:30 p.m. on Thursday, 18 August 2016. The Court asks Magistrate Judge Volpe to enter any order necessary to ensure G-Doffee's attendance at the pretrial conference.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 March 2016