IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
(ADC #108778)                                                                                      PLAINTIFF

No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt, ADC; and
RODERICK L. COOKSEY, JR., Cpl., ADC                                          DEFENDANTS

## ORDER

1. This case is scheduled for a pretrial hearing, Thursday, 18 August 2016, at 1:30 p.m. at the Richard Sheppard Arnold United States Courthouse, Courtroom B-155, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of Petitioner, Robert Maxwell/G-Doffee (ADC #108778), Tucker Maximum Security Unit, at 12:00 p.m. on 18 August 2016 until completion of the hearing.

3. The Court further directs the Arkansas Department of Correction to send Mr. Maxwell/G-Doffee's complete institutional and medical files with

him and to allow Mr. Maxwell/G-Doffee to bring any legal papers he wants to court.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>1 August 2016</u>