# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT THOMAS MAXWELL/G-DOFFEE**
**(ADC #108778)**                                                    PLAINTIFF

No. 5:13-cv-291-DPM

**RICHARD CLARK, Sgt, ADC; and**
**RODERICK L. COOKSEY, JR., Cpl., ADC**              DEFENDANTS

## ORDER

**1.** This case is scheduled for trial, Tuesday, 6 September 2016, at 9:00 a.m. at the Richard Sheppard Arnold United States Courthouse, Courtroom 1A, 500 West Capitol Avenue, Little Rock, Arkansas.

**2.** Plaintiff intends to call a witness who is currently incarcerated in the Arkansas Department of Correction.

**3.** The Court directs the Arkansas Department of Correction to ensure the attendance of Tracy Bryant (ADC# 111893), ADC Maximum Security Unit, 2501 State Farm Road, Tucker, AR 72168-8713, to testify at the

trial of this matter at 8:00 a.m. on 6 September 2016 in Courtroom 1A.

  **4.** The Court orders the Arkansas Department of Correction to ensure that this witness is in attendance for each day of trial until he is no longer needed or is dismissed by the Court.

  **5.** The Court further directs the ADC to send the appropriate remote electronically activated control technology or "stun" belt for use by ADC personnel with Mr. Bryant during the trial.

  So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>29 August 2016</u>