IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                           PLAINTIFF

v.                           No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt., ADC Maximum
Security Unit, and RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit                          DEFENDANTS

ORDER

The Court appreciates the parties' proposed jury instructions. The Court is attaching its current working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict forms. Please file any objection or comment by noon on Friday, September 2nd. We'll cover any problems with the *voir dire* or preliminary instructions first thing Tuesday morning. Any issues on the final instructions and verdict forms will hang fire until later in the trial.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2016