IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                    PLAINTIFF

v.                            No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt., ADC Maximum
Security Unit, and RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit, *et al.*          DEFENDANTS

## ORDER

1. Jordan Tinsley is relieved as counsel with the Court's thanks. Any motion for out-of-pocket expenses is due by 11 October 2016. LOCAL RULE 83.6.

2. Any motion for costs from Clark and Cooksey is due by 11 October 2016 too.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
12 September 2016