IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                                                     PLAINTIFF

v.                                     No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt., ADC Maximum
Security Unit; RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit, *et al.*                        DEFENDANTS

## JUDGMENT

1. Before trial, the Court dismissed many of G-Doffee's claims against various defendants. G-Doffee's claims against LaKenya Jackson, Gregory Chambers, Ned Butler, Edward Engstrom, William Straughn, Maurice Williams, Joyce Gooley, Eddie Turner, Anthony Jackson, Connie Jenkins, Beverly Hillard, and Nurse Hamilton were dismissed without prejudice. G-Doffee's official-capacity claims and his claims against Justine Minor were dismissed with prejudice. His state-law claims unrelated to his claims for excessive force, failure to protect, and verbal threats were dismissed without prejudice. And his claims seeking criminal prosecution were dismissed without prejudice.

**2.** G-Doffee's § 1983 claims against Clark and Cooksey for excessive force and retaliatory verbal threats, and his § 1983 claim against Cooksey for failure to protect, were tried to a twelve-person jury from 6 September 2016 to 9 September 2016. The Court denied Clark and Cooksey's two motions for judgment as a matter of law. After deliberations on September 9th, the jury returned unanimous verdicts in favor of Clark and Cooksey on all five claims. № 171. No party asked for a poll of the jury.

**3.** The Court incorporates and enters judgment on the jury's verdicts for Clark and against G-Doffee on G-Doffee's excessive force and retaliatory verbal threat claims against Clark. The Court incorporates and enters judgment on the jury's verdicts for Cooksey and against G-Doffee on G-Doffee's excessive force, retaliatory verbal threat, and failure to protect claims against Cooksey. All five claims are dismissed with prejudice.

**4.** G-Doffee's remaining state law claims against Clark and Cooksey are dismissed without prejudice.

**5.** As prevailing parties, Clark and Cooksey are entitled to their reasonable costs as allowed by Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

12 September 2016