IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                                                  PLAINTIFF

v.                                              No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt., ADC Maximum
Security Unit, and RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit                                          DEFENDANTS

ORDER

1. The Court would appreciate a response to G-Doffee's *pro se* motion for new trial, № 175, especially point II(3). № 175 at 3. Response due by 31 October 2016.

2. Tinsley's reimbursement request, № 176, is allowed in full. LOCAL RULE 83.6(5). The various expenses incurred were reasonable and necessary to the zealous prosecution of this case. (The $37.22 for meals during trial is a bit unusual; but the Court recalls counsel working with G-Doffee at the courthouse during lunch and the total expense is modest.) The Court has consulted the Clerk and the Library Fund can afford to reimburse counsel. The Court directs the Clerk to do so and to put a copy of this Order and № 176 in the Library Fund file.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2016