IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT THOMAS MAXWELL/G-DOFFEE
ADC #108778                                                                 PLAINTIFF

v.                              No. 5:13-cv-291-DPM

RICHARD CLARK, Sgt., ADC Maximum
Security Unit, and RODERICK L. COOKSEY, JR.,
Corporal, ADC Maximum Security Unit                             DEFENDANTS

ORDER

Motion, № 178, granted. Defendants' response due by 9 November 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2016